1  JEROME C. ROTH (SBN 159483)
   MATTHEW J. SPENCE (SBN 247145)
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
4  Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
5  *jerome.roth@mto.com*
   *matthew.spence@mto.com*
6
   Attorneys for Defendant
7  LG. PHILIPS LCD AMERICA, INC.

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | Omni Circuits International, LLC, individually | CASE NO. C 07-00258 (JSW)
   | and on behalf of all those similarly situated, |
14 |                                                | **STIPULATION AND [PROPOSED]**
   |                    Plaintiff,                  | **ORDER FOR EXTENSION OF TIME**
15 |                                                | **TO RESPOND TO COMPLAINT**
   |       vs.                                      |
16 |                                                | Honorable Jeffrey S. White
   | LG. Philips LCD Co. Ltd., LG. Philips LCD      |
17 | America, Inc.; Samsung Electronics Co. Ltd.;   |
   | Sharp Corporation; Sharp Electronics           |
18 | Corporation; Toshiba Corporation; Toshiba      |
   | Matsushita Display Technology Co., Ltd.;       |
19 | Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi  |
   | America Ltd.; Hitachi Electronic Devices       |
20 | (USA), Inc.; Sanyo Epson Imaging Devices       |
   | Corporation; NEC Corporation; NEC LCD          |
21 | Technologies, Ltd.; NEC Electronics America,   |
   | Inc.; IDT International Ltd.; AU Optronics;    |
22 | International Display Technology Co., Ltd.;    |
   | International Display Technology USA Inc.;     |
23 | AU Optronics Corporation America; Chi Mei      |
   | Optoelectronics; Chi Mei Optoelectronics       |
24 | USA, Inc.                                      |

25                    Defendants.

26

27

28

1241224.2

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME
CASE NO. C 07-00258 (JSW)

|   |   |
|---|---|
| 1 | WHEREAS plaintiff filed a complaint in the above-captioned case on or about |
| 2 | January 16, 2007; |
| 3 | WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid |
| 4 | Crystal Display ("LCD") products; |
| 5 | WHEREAS more than six complaints have been filed to date in federal district |
| 6 | courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of |
| 7 | direct purchasers alleging antitrust violations by manufacturers of LCD products (collectively, |
| 8 | "the LCD Cases"); |
| 9 | WHEREAS there is a motion pending before the Judicial Panel on Multidistrict |
| 10 | Litigation to transfer the LCD Cases to the Northern District of California for coordinated or |
| 11 | consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407; |
| 12 | WHEREAS plaintiff anticipates the possibility of Consolidated Amended |
| 13 | Complaints in the LCD Cases; |
| 14 | WHEREAS plaintiff and LG. Philips LCD America, Inc. ("LPL America") have |
| 15 | agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be |
| 16 | more efficient for the parties and for the Court; |
| 17 | WHEREAS plaintiff agrees that the deadline for LPL America to respond to the |
| 18 | Complaint shall be extended until the earlier of the following two dates: (1) forty-five days after |
| 19 | the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after |
| 20 | plaintiff provides written notice to LPL America that he does not intend to file a Consolidated |
| 21 | Amended Complaint, provided that such notice may be given only after the initial case |
| 22 | management conference in the MDL transferee court in this case; |
| 23 | WHEREAS plaintiff further agrees that this extension is available, without further |
| 24 | stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of |
| 25 | their intention to join this extension; |
| 26 | WHEREAS this Stipulation does not constitute a waiver by LPL America or any |
| 27 | defendant of any defense, including but not limited to the defenses of lack of personal or subject |
| 28 |   |

1241224.2 - 1 -

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME
CASE NO. C 07-00258 (JSW)

matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper venue.

PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for LPL America to respond to the Complaint shall be extended until the earlier of the following two dates (1) forty-five days after the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff provides written notice that he does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case.

2. This extension is available, without further stipulation with counsel for plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of their intention to join this extension.

IT IS SO STIPULATED.

DATED: February 5, 2007

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: /s/ *Matthew J. Spence*
JEROME C. ROTH
MATTHEW J. SPENCE
Attorneys for Defendant
LG. PHILLIPS LCD AMERICA, INC.

Of Counsel for Defendant:

Michael R. Lazerwitz
Jeremy J. Calsyn
Lee F. Berger
CLEARY GOTTLIEB STEEN &
 HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

1241224.2 - 2 - STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
CASE NO. C 07-00258 (JSW)

| | | |
|---|---|---|
| 1 | DATED: February 5, 2007 | GOLD BENNETT CERA & SIDENER LLP |

By:      /s/ *Joseph M. Barton*
         JOSEPH M. BARTON

Attorneys for Plaintiff
OMNI CIRCUITS INTERNATIONAL, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: February 8, 2007

_____
Honorable Jeffrey S. White
Judge of the United States District Court

CERTIFICATION

I, Matthew J. Spence, am the ECF User whose identification and password are being used to file this Stipulation For Extension Of Time. In compliance with General Order 45.X.B, I hereby attest that Joseph M. Barton has concurred in this filing.