1  GOLD BENNETT CERA & SIDENER LLP
   PAUL F. BENNETT (State Bar No. 63318)
2  STEVEN O. SIDENER (State Bar No. 121062)
   JOSEPH M. BARTON (State Bar No. 188441)
3  C. ANDREW DIRKSEN (State Bar No. 197378)
   595 Market Street, Suite 2300
4  San Francisco, California 94105-2835
   Telephone: (415) 777-2230
5  Facsimile: (415) 777-5189
   E-Mail: pfb@gbcslaw.com
6  E-Mail: ssidener@gbcslaw.com
   E-Mail: jbarton@gbcslaw.com
7  E-Mail: cdirksen@gbcslaw.com

8  Attorneys for Plaintiff
   Omni Circuits International, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. C-07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates To:<br><br>*Omni Circuits International, LLC v. LG Philips Co., LTD., et al.*, Case No. 07-cv-00258-SI,<br><br>and<br><br>ALL DIRECT PURCHASER ACTIONS | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF OMNI CIRCUITS INTERNATIONAL, LLC** |

#117980

NOTICE IS HEREBY GIVEN that plaintiff Omni Circuits International LLC, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismisses, without prejudice, its action against all defendants. The adverse parties have not filed either an answer to the complaint or a motion for summary judgment and no class has been certified.

Dated: October 22, 2007              GOLD BENNETT CERA & SIDENER LLP

By: /s/ Joseph M. Barton
        Joseph M. Barton

*IT IS SO ORDERED*
*[Signature] Judge Susan Illston*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

## CERTIFICATE OF SERVICE

I, Carie Loder, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On October 22, 2007, I electronically filed the following **"NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF OMNI CIRCUITS INTERNATIONAL, LLC"** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 22, 2007, at San Francisco, California.

/s/ Carie Loder
Carie Loder

#116263   CERTIFICATE OF SERVICE   -2-